UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.:  11-23890-BKC-AJC
                                                          Chapter 7

MISAEL RODRIGUEZ AVILA
SSN: XXX-XX-5033

ENEIDA BARRERA AYALDES
SSN: XXX-XX-7678
          Debtors.
_____/

MARCIA T. DUNN, TRUSTEE,                                  ADV. NO._____

          Plaintiff,

v.

EVANGELINA RAMIREZ,

          Defendant.

_____/

## COMPLAINT

Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Misael Rodriguez Avila and Eneida Barrera Ayaldes (the "Trustee" or the "Plaintiff"), through counsel, sues Defendant, Evangelina Ramirez ("Defendant" or "Ramirez"), and states and alleges as follows:

### I.   JURISDICTION AND VENUE

1. This is an adversary proceeding governed by Federal Rules of Bankruptcy Procedure 7001, *et seq.,* seeking the avoidance of a post-petition transfer pursuant to 11 U.S.C. § 549, and the recovery of such avoided transfer pursuant to 11 U.S.C. § 550.

CASE NO.: 11-23890-BKC-AJC
ADV CASE NO.:

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference of the United States District Court for the Southern District of Florida. S.D. Fla. L.R. 87.2.

3. This is a core proceeding pursuant to the provisions of 28 U.S.C. § 157(b)(2)(E).

4. The venue is proper in this jurisdiction pursuant to 28 U.S.C. § 1409(a).

## II. THE PARTIES

5. Plaintiff, Marcia T. Dunn, is the duly-appointed Chapter 7 Trustee of the Bankruptcy Estate of the Debtors, Misael Rodriguez Avila and Eneida Barrera Ayaldes (the "Estate"), and brings this action solely in her capacity as Trustee.

6. Defendant, Evangelina Ramirez, is an individual residing in Miami-Dade County, Florida.

## III. FACTS

7. On May 20, 2011 (the "Petition Date"), the Debtors, Misael Rodriguez Avila and Eneida Barrera Ayaldes (the "Debtors") filed a voluntary Chapter 7 Bankruptcy petition (the "Petition").

8. Schedule "B" of the Debtors' Petition lists their interest in a 2006 Chevrolet Malibu LS, VIN# 1G1ZS51F16F216939 (the "Vehicle").

9. A copy of the Vehicle's title was provided to the Trustee, prior to the § 341 Meeting of Creditors. A true and correct copy of the Vehicle's title is attached hereto as Exhibit "A."

10. According to a vehicle appraisal obtained by the Debtors on September 12, 2011, the Vehicle has a market value of $8,000.00 (the "Cash Equivalent"). A true and

2

CASE NO.: 11-23890-BKC-AJC
ADV CASE NO.:

correct copy of the appraisal is attached hereto as Exhibit "B."

11. On or around March 10, 2012 (the "Transfer Date"), the Debtors transferred title to the Vehicle to Ramirez (the "Transfer").

12. The Transfer was not authorized by the Court.

13. The Transfer was not authorized by the Bankruptcy Code.

### IV. CAUSES OF ACTION

#### COUNT I - AVOIDANCE OF POST-PETITION TRANSFER PURSUANT TO SECTION 549 OF THE BANKRUPTCY CODE

14. The Plaintiff reasserts each and every allegation set forth in paragraphs 1 through 13 of this Complaint, as though fully set forth herein.

15. The Debtors made the Transfer to the Defendant, less than two (2) years ago.

16. The Transfer constitutes a transfer of property of the Estate.

17. The Transfer was made after the commencement of the Debtors' bankruptcy case.

18. The Transfer was not authorized under the Bankruptcy Code.

19. The Transfer was not authorized by the Bankruptcy Court.

20. All conditions precedent to bringing this action have been performed or have occurred.

**WHEREFORE**, Plaintiff, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Misael Rodriguez Avila and Eneida Barrera Ayaldes, respectfully requests this Honorable Court enter a judgment on her behalf and against the Defendant, Evangelina Ramirez, as follows:

3

CASE NO.: 11-23890-BKC-AJC
ADV CASE NO.:

(a) Determining that the Vehicle is property of the Estate pursuant to 11 U.S.C. § 541;

(b) Determining that the Transfer of the Vehicle to the Defendant, Evangelina Ramirez, as set forth above, is a post-petition transfer and avoidable; and

(c) Granting such other and further relief as this Court deems just and proper.

### COUNT II - RECOVERY OF PROPERTY PURSUANT TO SECTION 550 OF THE BANKRUPTCY CODE

21. The Plaintiff reasserts each and every allegation set forth in paragraphs 1 through 13 and 15 through 20 of this Complaint, as though fully set forth herein.

22. The Transfer is avoidable by the Plaintiff pursuant to 11 U.S.C. § 549 and, as a result, the Transfer is recoverable by the Plaintiff pursuant to 11 U.S.C. § 550.

23. The Defendant was the initial transferee of the Transfer and/or was the entity for whose benefit the Transfer was made.

24. All conditions precedent to bringing this action have been performed or have occurred.

**WHEREFORE**, Plaintiff, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Misael Rodriguez Avila and Eneida Barrera Ayaldes, respectfully requests this Honorable Court enter a judgment on her behalf and against the Defendant, Evangelina Ramirez, as follows:

(a) Declaring the Defendant, Evangelina Ramirez, the initial transferee and/or the entity for whose benefit the Transfer was made;

(b) Awarding damages in the total amount of $8,000.00, plus pre-judgment interest, in favor of the Plaintiff and directing the Defendant, Evangelina

4

CASE NO.: 11-23890-BKC-AJC
ADV CASE NO.:

Ramirez, to turn over either the (i) Cash Equivalent or (ii) Vehicle, pursuant to 11 U.S.C. § 550;

(c) Disallowing any claim of the Defendant, Evangelina Ramirez, against the Debtors' Estate unless and until the Defendant has either (i) paid the amount of $8,000.00, plus pre-judgment interest or (ii) turned over the Vehicle, to the Plaintiff, pursuant to 11 U.S.C. § 502(d); and

(d) Granting such other and further relief as this Court deems just and proper.

Dated June 12, 2013.

Respectfully submitted,

/s/ Alan R. Rosenberg
Joel L. Tabas
Florida Bar No. 516902
Alan R. Rosenberg
Florida Bar No. 92004
*Attorneys for Trustee*, Marcia T. Dunn
TABAS FREEDMAN SOLOFF BROWN & RIGALI, PA
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, FL 33132
Phone: (305) 375-8171
Fax: (305) 381-7708
Email: jtabas@tabasfreedman.com
Email: arosenberg@tabasfreedman.com

**STATE OF FLORIDA**

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

A04338

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1G1ZS51F16F216939 | 2006 | CHEV | 4D | 3036 | | 95474437 |

Date of Issue 03/20/2010

Registered Owner:
MISAEL  RODRIGUEZ AVILA
515 E 59 ST
HIALEAH    FL  33013-1320

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.hsmv.state.fl.us/html/titlinf.html

Mail To:

MISAEL  RODRIGUEZ AVILA
515 E 59 ST
HIALEAH    FL  33013-1320

---

# CERTIFICATE OF TITLE

**VOID IF ALTERED**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1G1ZS51F16F216939 | 2006 | CHEV | 4D | 3036 | | 95474437 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 09/08/2009 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 54450 MILES  03/20/2010 ACTUAL | | | 03/20/2010 |

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner
MISAEL  RODRIGUEZ AVILA
515 E 59 ST
HIALEAH    FL  33013-1320

1st Lienholder

**NONE**

DIVISION OF MOTOR VEHICLES           TALLAHASSEE           FLORIDA           DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Control Number  097701682

Carl A. Ford
Director

Julie L. Jones
Executive Director

---

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____  Address:_____
Seller Must Enter Selling Price:_____      Seller Must Enter Date Sold:_____
I/We state that this ☐ 3 or ☐ 6 digit odometer now reads |_|_|_|,|_|_|_|.|X| (no tenths) miles, date read_____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here:_____             CO-SELLER Must Sign Here:_____
Print Here:_____                         Print Here:_____
Selling Dealer's License Number:_____   Tax No.:_____   Tax Collected:_____
Auction Name_____                       License Number_____

PURCHASER Must Sign Here:_____          CO-PURCHASER Must Sign Here:_____
Print Here:_____                        Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

**EXHIBIT "A"**



**"You'll Profit From Our Experience"™**

## VEHICLE EVALUATION

**Client:** MISAEL RODRIGUEZ AVILA
**Address:** 515 E. 59 STREET, HIALEAH, FL 33013 – bago12cal@yahoo.com
**Attorney:** ILEANA (PATRICK CORDERO) - ileanan@corderolaw.com

**Year:** 2006   **Make:** CHEVY   **Model:** MALIBU
**VIN#:** 1G1ZS51F16F216939   **Color:** WHITE   **Miles:** 73,706

|  | GOOD | FAIR | POOR |
|---|---|---|---|
| TIRES | x | | |
| PAINT | | x | |
| EXTERIOR BODY | | x | |
| INTERIOR | | x | |
| ENGINE / TRANSMISSION | | x | |
| OVERALL CONDITION | | x | |

- ☒ AUTOMATIC
- ☐ MANUAL
- ☒ POWER BRAKES
- ☒ POWER STEERING
- ☒ POWER LOCKS
- ☒ POWER WINDOWS
- ☒ POWER SEATS
- ☐ LEATHER SEATS
- ☒ CLOTH / VINYL SEATS

- ☒ A/C
- ☐ REAR A/C
- ☒ AM / FM RADIO
- ☒ CD PLAYER
- ☐ TV
- ☐ VCR
- ☐ DVD PLAYER
- ☐ NAVIGATION SYSTEM
- ☐ SUN ROOF

- ☐ CONVERTIBLE
- ☐ 4 WHEEL DRIVE
- ☐ KEYLESS ENTRY
- ☐ TOW PACKAGE
- ☐ 3RD ROW SEATING
- ☐ HEATED SEATS
- ☒ 4 DOOR
- ☐ 2 DOOR

**COLLISION DAMAGE** ☒ YES ☐ NO    **CORROSION DAMAGE** ☐ YES ☒ NO

**ADDITIONAL NOTES:** Car has had collision damage to front end & repaired. Hood does not line up properly. Bumper loose. Transmission bangs into gear. Front end noisy on turns. Front bumper rubbed. Rear bumper chipping.

### CURRENT "AS-IS" VALUES

**MARKET VALUE**    $ 8,000.00
**AUCTION VALUE**   $ 6,000.00

EVALUATED BY MARTIN CLAIRE
ON SEPTEMBER 12, 2011

*Martin Claire* (signature)

Sworn to & subscribed before me this 14th day of September, 2011.

*Arnold F. Ader* (signature)
Notary Public – State of Florida
My Commission Expires:
NOTARY PUBLIC-STATE OF FLORIDA
Arnold F. Ader
Commission # EE038504
Expires: OCT. 31, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

**Stampler Auctions**
1914 Tigertail Boulevard | Dania FL 33004
www.stamplerauctions.com | info@stamplerauctions.com

954 | 921.8888 TEL
      342.2080 FAX
800.330.BIDS

**EXHIBIT "B"**