UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re
MISAEL RODRIGUEZ AVILA
SSN: XXX-XX-5033

ENEIDA BARRERA AYALDES     Case No. 11-23890-BKC-AJC
SSN: XXX-XX-7678     Chapter 7
     Debtors
_____/

MARCIA T. DUNN, TRUSTEE     ADV. CASE NO. 13-01450-AJC

     Plaintiff,

Vs.

EVANGELINA RAMIREZ,

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Law Office of ROBERT SANCHEZ & ASSOCIATES P.A., will be appearing for Debtor EVANGELINA RAMIREZ adversary case. At this time any and all correspondence and pleadings must be submitted to our office from this day forward.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed to: Marcia T. Dunn, Trustee 555 NE 15TH Street, Suite 934-A Miami, Florida 33132 on this 11th day of December, 2014.

ROBERT SANCHEZ & ASSOCIATES, P.A.
ATTORNEY FOR DEBTOR
355 W 49th Street
Hialeah FL 33012
(305)687-8008
(305)512-9701

_____
Robert Sanchez, ESQ.
FLORIDA BAR No: 0442161