UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                            CASE NO.: 11-23890-BKC-AJC
                                                                                    Chapter 7

MISAEL RODRIGUEZ AVILA
SSN: XXX-XX-5033

ENEIDA BARRERA AYALDES
SSN: XXX-XX-7678
          Debtors.
_____/

MARCIA T. DUNN, TRUSTEE,                                     ADV. CASE NO.: 13-01450-AJC

          Plaintiff,

v.

EVANGELINA RAMIREZ,

          Defendant.

_____/

**PLAINTIFF'S AGREED *EX-PARTE* MOTION FOR ABATEMENT OF
ADVERSARY PROCEEDING AND ALL PENDING DEADLINES**

Plaintiff, Marcia T. Dunn ("Plaintiff") through counsel and pursuant to Local Rule 9013-1(C)(1), files this Agreed *Ex-Parte* Motion for Abatement of Adversary Proceeding and All Pending Deadlines (the "Motion to Abate"), and states:

1. On June 12, 2013, the Trustee filed the Complaint [ECF No. 1] (the "Complaint") which commenced this adversary proceeding.

2. After the commencement of the adversary proceeding, the parties engaged in settlement discussions regarding the nature of the transfers described in the Complaint and, on or about December 11, 2014, the parties reached an amicable settlement agreement.

3. On December 18, 2014, the Plaintiff filed a Motion to Approve Stipulation to Compromise Controversy and Mutual General Release Between Trustee and Evangelina Ramirez [Main Case ECF 87] (the "Motion to Approve").

4. The Motion to Approve is set for hearing on February 3, 2015 at 10:30 a.m. *See Main Case* ECF No. 88.

5. The parties have agreed in the Stipulation that upon: (a) approval of the Stipulation; and (b) receipt of the Settlement Amount (as defined in the Stipulation), the Trustee will dismiss the Adversary Proceeding with prejudice.

6. The Pretrial Conference is currently scheduled for February 23, 2015 at 10:00 a.m., and other pretrial deadlines are set to expire shortly.

7. Based upon the foregoing, the parties seek to abate this action and all related deadlines, pending the Court's approval of the settlement. In the event that the settlement is not approved, the undersigned will contact the courtroom deputy to reschedule the Pretrial Conference.

8. Undersigned has conferred with Defendant's counsel who agrees to the relief requested herein.

9. A proposed order accompanies this Motion to Abate.

**WHEREFORE**, Plaintiff, Marcia T. Dunn, respectfully requests this Honorable Court enter an Order: (1) granting the Motion to Abate; (2) abating all pending deadlines; and (3) granting such other and further relief as this Court deems just and proper.

CASE NO.: 11-23890-BKC-AJC
ADV. CASE NO.: 13-01450-AJC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished on January 26, 2015 via the Court's CM/ECF Filing System to all parties who have requested notice in this adversary proceeding.

Respectfully submitted,

/s/ Alan R. Rosenberg
Joel L. Tabas
Florida Bar No. 516902
Alan R. Rosenberg
Florida Bar No. 92004
Attorneys for the Plaintiff
TABAS, FREEDMAN & SOLOFF, P.A.
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, FL 33132
Phone: (305) 375-8171
Fax: (305) 381-7708
Email: jtabas@tabasfreedman.com
Email: arosenberg@tabasfreedman.com

3