

**ORDERED in the Southern District of Florida on January 26, 2015.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | CASE NO.: 11-23890-BKC-AJC |
| | Chapter 7 |
| MISAEL RODRIGUEZ AVILA | |
| SSN: XXX-XX-5033 | |
| ENEIDA BARRERA AYALDES | |
| SSN: XXX-XX-7678 | |
| Debtors. | |
| _____/ | |
| MARCIA T. DUNN, TRUSTEE, | ADV. CASE NO.: 13-01450-AJC |
| Plaintiff, | |
| v. | |
| EVANGELINA RAMIREZ, | |
| Defendant. | |
| _____/ | |

**ORDER GRANTING PLAINTIFF'S AGREED *EX PARTE* MOTION FOR
ABATEMENT OF ADVERSARY PROCEEDING AND ALL PENDING DEADLINES**

THIS MATTER came before the Court, on an *ex parte* basis, upon the upon

CASE NO.: 11-23890-BKC-AJC
ADV. CASE NO.: 13-01450-AJC

Plaintiff's *Ex Parte* Motion for Abatement of Adversary Proceeding and All Pending Deadlines (the "Motion to Abate"), and the Court, having reviewed the Motion to Abate, and the relief requested therein, it is

    **ORDERED** as follows:

    1.    The Motion to Abate is GRANTED.

    2.    The Pretrial Conference scheduled for February 23, 2015 at 10:00 a.m. is cancelled and all pending deadlines with respect to this adversary proceeding are abated.

    3.    Upon receipt of the Settlement Amount, as defined in the Stipulation Agreement [*See* ECF No. 33], the Plaintiff shall file a stipulated notice of voluntary dismissal with prejudice.

# # #

Submitted By:

Alan R. Rosenberg, Esquire
Tabas, Freedman & Soloff, P.A.
14 N.E. 1st Avenue, Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
arosenberg@tabasfreedman.com

Copy furnished to:
Alan R. Rosenberg, Esquire
Attorney Alan R. Rosenberg is directed to serve a copy of this Order immediately upon receipt on all interested parties.